# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| ERIC MITCHELL BLANTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV607-060 |
| | ) | |
| ALVIE KIGHT, MIKE HARLIN, | ) | |
| SHANNON HIGGS, JAIME | ) | |
| VILLEGAS, and ROBERT WIGGS, | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

This Court mailed two orders to plaintiff in late 2007. (Docs. 7 and 10.) Both orders were returned as undeliverable. (Docs. 9 and 11.) Plaintiff has apparently been released from confinement at the Coffee Correctional Facility, but he has neglected to provide the Court with a current mailing address.

In an order dated May 23, 2007, plaintiff was apprised of his duty to keep the Court advised of his current address at all times during the pendency of his suit. (Doc. 3.) He has clearly failed to do so. Without a current mailing address, the Court cannot move this case forward or even

communicate with plaintiff. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); see Link v. Wabash Railroad Co., 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Floyd v. United States, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 5th day of February, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**