UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

FILED
U.S. DISTRICT COURT

2008 MAR -4  AM 10: 26

CLERK
SO. DIST. OF GA.

ERIC MITCHELL BLANTON, )
)
    Plaintiff, )
)
v. ) Case No. CV607-060
)
ALVIE KIGHT, MIKE HARLIN, )
SHANNON HIGGS, JAIME )
VILLEGAS, and ROBERT WIGGS, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 4 day of March, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA